IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEONTRA SPENCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 CV 5987 |
| | ) | |
| v. | ) | Judge Amy St. Eve |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OFFER OF JUDGMENT

Defendants, City of Chicago and Chicago police officer Roy Beard Jr., by their undersigned attorneys, make the following offer of judgment to Plaintiff, Deontra Spence, pursuant to Fed.R.Civ.P. 68.

1. Defendants, City of Chicago and Roy Beard Jr., offer to allow judgment to be taken against them collectively and in favor of Plaintiff Deontra Spence in the total amount of ONE HUNDRED TWENTY THOUSAND AND AND NO/100 ($120,000.00) DOLLARS, plus reasonable attorneys' fees and costs accrued through the date that the offer is tendered, June 20, 2016.

2. This offer of judgment is inclusive of all claims Plaintiff has or may have, against Defendants, City of Chicago, and Roy Beard Jr., and any and all other current or former employees or agents of the City of Chicago arising from the incident or injuries alleged in Plaintiff's complaint or any amendment thereof. Nothing in this offer of judgment shall be construed as an admission of liability by any Defendant.

3. This offer of judgment is conditioned upon Plaintiff accepting the offer of judgment as to each of the Defendants, City of Chicago and Roy Beard Jr.. Acceptance of this offer of

judgment by Plaintiff against fewer than all of Defendants, City of Chicago and Roy Beard Jr., shall be deemed a rejection of this offer.

4. Pursuant to Fed.R.Civ.P. 68, an offer not accepted within fourteen (14) days after service of the offer shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.

DATED: June 20, 2016.

Respectfully submitted,

/s/ _____
JASON MARX
Assistant Corporation Counsel
City of Chicago, Law Dept.
30 N. LaSalle, Suite 900
Chicago, Il 60602
312-744-1975
Atty No. 6279266

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above document to be delivered via hand delivery and via email to the following party on June 20, 2016:

Ronak Maisuria, Esq.
Erickson & Oppenheimer
223 W. Jackson Blvd., Suite 200
Chicago, IL 60606
Ronak@eolawus.com

/s/ _____
JASON MARX

**Ronak Maisuria**

| | |
|---|---|
| **From:** | Marx, Jason <Jason.Marx@cityofchicago.org> |
| **Sent:** | Tuesday, June 21, 2016 3:28 PM |
| **To:** | Ronak Maisuria |
| **Cc:** | Michael Oppenheimer; Jon Neuleib; Jon Erickson; Fronczak, Caroline; kbattle@hoblawfirm.com; wmonu@hoblawfirm.com |
| **Subject:** | RE: Deontra Spence v. City of Chicago, et al., 15 C 5987, Offer of Judgment attached |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Since you are accepting, we ask that you file it on the docket.
Also, please send us your attorney fee demand and the documentation supporting your demand.

Thank you,
Jason Marx
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-1975

**From:** Ronak Maisuria [mailto:Ronak@eolawus.com]
**Sent:** Tuesday, June 21, 2016 2:59 PM
**To:** Marx, Jason
**Cc:** Michael Oppenheimer; Jon Neuleib; Jon Erickson; battle@hoblaw.com; Fronczak, Caroline; wmonu@hoblawfirm.com
**Subject:** RE: Deontra Spence v. City of Chicago, et al., 15 C 5987, Offer of Judgment attached

Please note that Plaintiff accepts Defendants' offer of judgment. Will you take care of filing this on the docket?

Ronak Maisuria
Erickson & Oppenheimer, Ltd.
223 W. Jackson Blvd., Ste. 200
Chicago, Illinois 60606
Phone: 312-327-3370
Fax: 773-409-5827

DISCLAIMER:
This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original comunication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or Erickson & Oppenheimer, Ltd.

**From:** Marx, Jason [mailto:Jason.Marx@cityofchicago.org]
**Sent:** Monday, June 20, 2016 10:05 AM
**To:** Ronak Maisuria <Ronak@eolawus.com>
**Cc:** Michael Oppenheimer <michael@eolawus.com>; Jon Neuleib <JonN@eolawus.com>; Jon Erickson <Jon@eolawus.com>; battle@hoblaw.com; Fronczak, Caroline <Caroline.Fronczak@cityofchicago.org>; wmonu@hoblawfirm.com
**Subject:** RE: Deontra Spence v. City of Chicago, et al., 15 C 5987, Offer of Judgment attached

Yes.

Jason Marx
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-1975

**From:** Ronak Maisuria [mailto:Ronak@eolawus.com]
**Sent:** Monday, June 20, 2016 10:04 AM
**To:** Marx, Jason
**Cc:** Michael Oppenheimer; Jon Neuleib; Jon Erickson; battle@hoblaw.com; Fronczak, Caroline; wmonu@hoblawfirm.com
**Subject:** RE: Deontra Spence v. City of Chicago, et al., 15 C 5987, Offer of Judgment attached

Thanks. Has this been approved by the Finance Committee?

Ronak Maisuria
Erickson & Oppenheimer, Ltd.
223 W. Jackson Blvd., Ste. 200
Chicago, Illinois 60606
Phone: 312-327-3370
Fax: 773-409-5827

DISCLAIMER:
This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original comunication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or Erickson & Oppenheimer, Ltd.

**From:** Marx, Jason [mailto:Jason.Marx@cityofchicago.org]
**Sent:** Monday, June 20, 2016 10:01 AM
**To:** Ronak Maisuria <Ronak@eolawus.com>
**Cc:** Michael Oppenheimer <michael@eolawus.com>; Jon Neuleib <JonN@eolawus.com>; Jon Erickson <Jon@eolawus.com>; battle@hoblaw.com; Fronczak, Caroline <Caroline.Fronczak@cityofchicago.org>; wmonu@hoblawfirm.com
**Subject:** Deontra Spence v. City of Chicago, et al., 15 C 5987, Offer of Judgment attached

Hi Counsel,

Offer of Judgment is attached.

Thank you,
Jason Marx
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-1975

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.